Willard J. Partridge, Appellee, v. Enterprise Transfer Company, Appellant.

Gen. No. 40,811.

651

Heard in third division, first district, at October term, 1939; opinion filed February 14, 1940. Lord, Bissell & Kadyk, for appellant; Raymond Wearing, Gordon R. Close and Edward S. Crowell, of counsel; Aaron R. Eppstein, for appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. "Not to be published in full."